# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| **ELIJAH E. PACHECO,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:24-cv-00063-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **MICHAEL D. DUNCAN, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2024 Order.

April 8, 2024

Katherine Hord Simon, Clerk
United States District Court